# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN M. THOMAS, )<br>　　Petitioner (s)　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　) <br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) <br>JAMES SABA, SUPERINTENDENT, )<br>　　Respondent (s)　　　　　　　　　) | CIVIL ACTION NO. 3:10-30058 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, Superintendent, against the petitioner John M. Thomas, pursuant to the court's memorandum and order entered this date, granting the respondent's motion to dismiss.

　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: July 8, 2010　　　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　　　[jgm.]